DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
T: 702.868.2600; F: 702.385.6862
Email: dcanderson@duanemorris.com
       tehafen@duanemorris.com

Attorneys for Defendant
*U.S. Bank, N.A. (erroneously sued as "US Bancorp")*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY F. PRO, | Case No.: 2:18-cv-01633-MMD-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR U.S. BANK, N.A., TO RESPOND TO COMPLAINT** |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC; ALLY FINANCIAL; SPRINGLEAF FINANCIAL; US BANCORP, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff GARY F. PRO, through his counsel, HAINES & KRIEGER, LLC ("Plaintiff"), and defendant U.S. BANK, N.A., erroneously sued as "US BANCORP", by and through its counsel, DUANE MORRIS LLP ("Defendant" or "U.S. Bank"), hereby stipulate to an extension of time for U.S. Bank to respond to Plaintiff's complaint, currently due September 27, 2018, up to and including **October 11, 2018**.

///

1  This extension will allow US Bank's counsel, who were recently retained in this matter, to
2  analyze the claims made and obtain and review any relevant documents.  This is the first request for
3  an extension to US Bank's deadline to respond to Plantiff's complaint, and is made in good faith and
4  not for the purpose of delay.

**DUANE MORRIS** LLP

By: ___/s/ Tyson E. Hafen_____
DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
Attorneys for Defendant *US Bank, N.A,*
*(erroneously sued as "US Bancorp")*

**HAINES & KRIEGER, LLC**

By: ___/s/ David H. Krieger_____
DAVID H. KRIEGER (SBN 9086)
Attorneys for Plaintiff *Gary F. Pro*

## ORDER

**IT IS SO ORDERED.**

DATED: Sept 27, 2018

_____
UNITED STATES MAGISTRATE JUDGE