TROUTMAN SANDERS LLP
Anna Jane I. Zarndt
Nevada Bar Number 10809
TROUTMAN SANDERS LLP
222 Central Park Avenue, Ste. 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7753
Facsimile: (757) 687-7510
Email: annajane.zarndt@troutmansanders.com

*Attorney for Ally Financial Inc.*

Gary E. Schnitzer
Nevada Bar Number 395
KRAVITZ, SCHNITZER & JOHNSON
gschnitzer@ksjattorneys.com
8985 S. Eastern Avenue, Suite 200,
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Designated Attorney pursuant to LR IA 11-1(b)(2) for Defendant Ally Financial Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GARY F. PRO,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, ALLY FINANCIAL; SPRINGLEAF FINANCIAL; US BANCORP,<br><br>Defendants. | Case No. 2:18-cv-01633<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff GARY F. PRO ("Plaintiff"), by and through his counsel, and Defendant ALLY FINANCIAL INC. ("ALLY"), by and through its counsel, agree and stipulate as follows:

IT IS HEREBY STIPULATED that Ally shall have up to and including **November 7, 2018** within which to file its response to Plaintiff's Complaint, and in support of this stipulation the parties hereby state that:

1. Ally was served with the Complaint in this matter and recently obtained undersigned counsel to defend the Complaint.

2. The Parties are engaging in settlement discussions.

3. The Parties expect to determine in the near future whether this action can be resolved at this early stage in the litigation.

4. This is the first stipulation for an extension of time to respond to the Complaint, and this request is not being made for purposes of delay or any other improper reason.

STIPULATED and AGREED to this 8th day of October 2018.

*/s/ Anna Jane I. Zarndt*
Anna Jane I. Zarndt
Nevada Bar Number 10809
TROUTMAN SANDERS LLP
222 Central Park Avenue, Ste. 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7753
Facsimile: (757) 687-7510
Email: annajane.zarndt@troutmansanders.com

*Attorneys for Ally Financial Inc.*

*/s/ David H. Krieger*
David H. Krieger
Shawn Miller
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Gary F. Pro*

# ORDER

Based on the foregoing stipulation:

IT IS HEREBY ORDERED that Defendant Ally Financial Inc. shall have up to and including November 7, 2018 within which to file its response to Plaintiff's Complaint.

DATED this __9__ day of October 2018.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE