# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GARY PRO,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al.*,<br><br>　　　　Defendant(s). | Case No.: 2:18-cv-01633-MMD-NJK<br><br>**Order**<br><br>(Docket No. 12) |

Before the Court is the Plaintiff and Defendant US Bancorp's notice of settlement. Docket No. 12. The Court **ORDERS** these parties to file a stipulation of dismissal no later than December 11, 2018.

IT IS SO ORDERED.

Dated: October 11, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1