DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
T: 702.868.2600; F: 702.385.6862
Email: dcanderson@duanemorris.com
tehafen@duanemorris.com

Attorneys for Defendant
*U.S. Bank, N.A. (erroneously sued as "US Bancorp")*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY F. PRO,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; ALLY FINANCIAL; SPRINGLEAF FINANCIAL; US BANCORP,<br><br>Defendants. | Case No.: 2:18-cv-01633-MMD-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between GARY F. PRO ("Plaintiff") and Defendant U.S. BANK, N.A., erroneously sued as US Bancorp ("U.S. Bank"), by and through their respective counsel of record, that this matter be dismissed as to U.S. Bank only, with prejudice, pursuant to FRCP 41(a)(2), with each party to bear their own attorney's fees and costs.

| **DUANE MORRIS LLP** | **HAINES & KRIEGER, LLC** |
|---|---|
| By: /s/ Tyson E. Hafen<br>DOMINICA C. ANDERSON (SBN 2988)<br>TYSON E. HAFEN (SBN 13139)<br>Attorneys for Defendant *US Bank, N.A,<br>(erroneously sued as "US Bancorp")* | By: /s/ David H. Krieger<br>DAVID H. KRIEGER (SBN 9086)<br>Attorneys for Plaintiff *Gary F. Pro* |

## ORDER

Pursuant to FRCP 41(a)(2) and based on the stipulation between Plaintiff and U.S. Bank above, it is hereby ordered that this matter proceeding in the United States District Court for the District of Nevada as case number 2:18-cv-01633-MMD-NJK, is dismissed in its entirety with

prejudice as to U.S. Bank only, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: October 23, 2018

_____
UNITED STATES DISTRICT COURT JUDGE