David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, GARY F. PRO*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| GARY F. PRO,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; ALLY FINANCIAL; SPRINGLEAF FINANCIAL; US BANCORP,<br><br>  Defendants. | **Case No. 2:18-cv-01633-MMD-NJK**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>ALLY ONLY</u>** |

Plaintiff GARY F. PRO and Defendant ALLY FINANCIAL hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

Page **1** of **2**

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, ALLY FINANCIAL**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: January 15, 2019

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/Anna Jane I. Zarndt, Esq.<br>Anna Jane I. Zarndt, Esq.<br>Nevada Bar No. 10809<br>TROUTMAN SANDERS, LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462<br>*Attorney for Defendant* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: January 15, 2019